THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAMPORTZOON CHOOLOKIAN, Appellant, against MISSION OF THE IMMACULATE VIRGIN et al., Respondents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAMPORTZOON CHOOLOKIAN, Appellant, against NEW YORK FOUNDLING HOSPITAL et al., Respondents.

Submitted December 29, 1949; decided December 29, 1949.

Motion by respondents to amend remittitur denied. [See 300 N. Y. 43.]